JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETTY WILLIAMS, ) | Case No. EDCV 10-00974 VAP(DTBx) |
| Plaintiff, ) | |
| ) | **JUDGMENT** |
| v. ) | |
| US BANK/DOWNEY SAVINGS & ) LOAN C/O US BANCORP, ) | |
| Defendants. ) | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: November 4, 2010

VIRGINIA A. PHILLIPS
United States District Judge